UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-104 |
| vs. | ) | |
| | ) | |
| BARBARA LANG | ) | COLLIER/CARTER |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on September 20, 2013, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release (Petition). The defendant asked for more time to prepare for a hearing. The hearing was rescheduled for Thursday, September 26, 2013, at 10:30 am. Those present for the September 26, 2013, hearing included:

(1) An Asst. U.S. Attorney (AUSA) for the Government.
(2) The defendant.
(3) Attorney Paul Bergmann for defendant.

After being sworn in due form of law the defendant was informed or reminded of her privilege against self-incrimination accorded her under the 5th Amendment to the United States Constitution.

The government presented evidence to show that the defendant violated her conditions of release by making false representations which aided and abetted the failure of another to appear and concealing a person from arrest. Based on the defendant's violations, I conclude the defendant is must be DETAINED without bond.

SO ORDERED.

ENTER.

S /*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE